CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED to
RKQ
NOV 06 2007
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ALFRED JR. BLANKENSHIP,<br>Plaintiff, | Civil Action No. 7:07-cv-00493 |
| v. | **FINAL ORDER** |
| CAPT. DOUG BAKER,<br>Defendant. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 42 U.S.C. § 1997e(a) for failure to exhaust all available administrative remedies. Any pending motions are hereby **DENIED** as **MOOT**, and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 6th day of November, 2007.

*/s/ Jackson L. Kiser*
Senior United States District Judge